**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CHIDI UCHE, MD,

        Plaintiff,

vs.                                                 Case No. 3:12-cv-865-J-32JBT

ST. LUKE'S- ST. VINCENT'S HEALTH
CARE, INC., etc., et al.,

        Defendants.

_____

**ORDER**

This case is before the Court on pro se plaintiff's Motion for Temporary/Permanent Injunction [and] Damages (Doc. 7). Defendants have filed a response in opposition (Doc. 11). To secure a preliminary injunction, plaintiff must establish that "(1) it has a substantial likelihood of success on the merits; (2) irreparable injury will be suffered unless the injunction issues; (3) the threatened injury to [plaintiff] outweighs whatever damage the proposed injunction may cause to the moving party; and (4) if issued, the injunction would not be adverse to the public interest." Charles H. Wesley Education Foundation, Inc. v. Cox, 408 F.3d 1349, 1354 (11th Cir. 2005) (citation and quotation omitted). "A preliminary injunction is an extraordinary and drastic remedy not to be granted unless the movant clearly established the burden of persuasion as to each of the four prerequisites." Four Seasons Hotels and Resorts, B.V. v. Consorcio Barr, S.A., 320 F.3d 1205, 1210 (11th Cir. 2003) (citation and quotation omitted). Because each of the four elements must be proven to secure injunctive relief, "[i]f any element is not proven, there is no need to address the

others." <u>Sofarelli v. Pinellas County</u>, 931 F.2d 718, 724 (11th Cir. 1991).

The Court has reviewed the filings and finds that plaintiff has not demonstrated that his case has a substantial likelihood of success on the merits. This ruling does not predict whether plaintiff will ultimately be able to prevail on the merits of his claim. Accordingly, the motion for temporary injunction (Doc. 7) is **denied**.

No later than **September 10, 2012** plaintiff shall file a response to defendants' motion to dismiss (Doc. 10). Additionally, no later than **September 17, 2012** the parties shall confer and file the attached Case Management Report. The Court is amenable to setting the case on an expedited schedule if that is the parties' preference.

**DONE AND ORDERED** at Jacksonville, Florida this 21st day of August, 2012.

_____
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies w/attached CMR form:

pro se plaintiff
counsel of record