**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CHIDI U. UCHE, M.D.,

    Plaintiff,

v.                                                    Case No:   3:12-cv-865-J-32JBT

ST. LUKES-ST. VINCENTS
HEALTHCARE, INC.,

    Defendant.

## O R D E R

This case is before the Court on Plaintiff's Motion for Reconsideration (Doc. 159). Plaintiff seeks reconsideration of this Court's Order (Doc. 156) denying Plaintiff's motion to amend his complaint (Doc. 90). Defendant has responded. (Doc. 164).

Reconsideration is only appropriate where controlling law has changed or new evidence has become available, or where reconsideration is necessary to correct a clear error or prevent manifest injustice. Campero USA Corp. v. ADS Foodservice, LLC, 916 F. Supp. 2d 1284, 1291 (S.D. Fla. 2012). Controlling law has not changed and no new evidence has become available since the filing of Plaintiff's initial motion. Accordingly, Plaintiff moves for reconsideration to correct an error and to prevent manifest injustice. (Doc. 159 at 1). Clear error or manifest injustice occurs when a court misunderstood a party or misapprehended an argument. Id. at 1292-93.

Upon review, there was no clear error or manifest injustice in the Court's prior Order.

Accordingly, it is hereby

**ORDERED:**

Plaintiff's Motion for Reconsideration (Doc. 159) is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida the 24th day of March, 2014.

TIMOTHY J. CORRIGAN
United States District Judge

w.
Copies to:

Counsel of record